IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OCWEN LOAN SERVICING, LLC**                                           **PLAINTIFF**

VS.                                                              CIVIL ACTION NO. 4:06cv73-D-B

**BARBARA BRANAMAN and**
**ADAMS, EDENS & AKERS, P.A., as Trustee**                    **DEFENDANTS**

## ORDER OF STAY PENDING RESOLUTION OF SUMMARY JUDGMENT MOTION

**BEFORE THE COURT** is Ocwen Loan Servicing, LLC ("Ocwen"), as loan servicer for Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Norwest Bank Minnesota, N.A., as Trustee for the registered holders of Home Equity Loan Asset-Backed Certificates, Series 2002-4 ("Wells Fargo"), requesting a Stay of Proceedings and "Suspension Track" Designation Pending Resolution of Summary Judgment.

The Court, having reviewed and considered Ocwen's Motion [doc. 10] and the grounds for relief asserted therein, finds the Motion to be well-taken.

**IT IS, THEREFORE, ORDERED** that the above styled and numbered cause of action is hereby **STAYED** pending a ruling on Ocwen's Motion for Summary Judgment. All requirements set forth in the Court's Rule 16.1(A) Initial Order, including the case management conference and any all other matters, are hereby stayed pending a decision on Ocwen's Motion for Summary Judgment and further Orders from the Court.

This, the 23rd day of August, 2006.

                                                             **/s/ Eugene M. Bogen**
                                                               **U. S. MAGISTRATE JUDGE**